UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| IN RE: | § | Case 22-30656 |
|---|---|---|
| Catalina Saavedra | § § § § | |
| DEBTOR | § | Chapter 13 |

## WITHDRAWAL OF CLAIM

TO: CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its Proof of Claim No. 3 in the amount of $1,470.00 dated 08/22/2022, which was filed with the Court on 08/22/2022, for Texas Workforce Commission Account No.xxx-xx-2589.

Respectfully submitted, this 30th day of April 2024.

By: /s/ Ramon Narvaez-Colon
Account Examiner III
Texas Workforce Commission